UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK PRITCHETT,

                Plaintiff,

    v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

                Defendant.

CASE NO. C17-5617-MAT

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

Plaintiff submitted an application to proceed *in forma pauperis* (IFP). (Dkt. 1.) However, the application was deficient in that plaintiff failed to use the Court's standard IFP application form, which includes a signed and dated Written Consent for Payment of Costs form.

By Order dated August 10, 2017, the Court directed plaintiff to complete and return a revised IFP application on the Court's standard form, including the Written Consent for Payment of Costs section, within twenty days of the date of the Order. (Dkt. 3.) The Court advised that the failure to comply with the directive in a timely manner may result in denial of plaintiff's motion to proceed IFP.

To date, the Court has not received a corrected IFP application or any response to its Order.

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 1

1  Accordingly, plaintiff's motion to proceed IFP (Dkt. 1) is DENIED. This action shall proceed

2  only if plaintiff pays the $400.00 filing fee within **thirty (30) days** after entry of this Order. If no

3  filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

4      DATED this 14th day of September, 2017.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge