UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK PRITCHETT,<br><br>                    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                    Defendant. | CASE NO. C17-5617-MAT<br><br>ORDER ISSUING SUMMONSES TO PLAINTIFF |

Plaintiff has paid the $400.00 filing fee. The Clerk is directed to issue summonses to plaintiff's counsel. Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to [USAWAW.SSAClerk@usdoj.gov](mailto:USAWAW.SSAClerk@usdoj.gov).

DATED this 13th day of October, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER ISSUING SUMMONSES TO PLAINTIFF
PAGE - 1