UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK PRITCHETT,

          Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

          Defendant.

CASE NO. C17-5617-MAT

ORDER OF DISMISSAL

Plaintiff filed a complaint and motion to proceed *in forma pauperis* (IFP) with the Court on August 4, 2017. (Dkt. 1.) The Court denied the IFP motion (Dkt. 4) and plaintiff paid the filing fee. On October 13, 2017, the Court issued an Order directing the Clerk to issue summonses to plaintiff, and indicating plaintiff and plaintiff's counsel were responsible for arranging for service of summons and complaint upon defendant. (Dkt. 6.) Subsequently, ninety days elapsed, with no docket activity indicating either that the complaint had been served on defendant, or that the matter had been voluntarily withdrawn. On January 19, 2018, the Court issued an Order to Show Cause, setting a fourteen-day deadline for plaintiff to show cause why this matter should not be dismissed without prejudice for failure to prosecute. (Dkt. 8.) Plaintiff did not respond to the

ORDER OF DISMISSAL
PAGE - 1

Court's Order to Show Cause. Accordingly, this matter is DISMISSED without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

DATED this 8th day of February, 2018.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER OF DISMISSAL
PAGE - 2